Stanton v Reinhart (2024 NY Slip Op 04700)

Stanton v Reinhart

2024 NY Slip Op 04700

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, AND HANNAH, JJ.

688 CA 24-00009

[*1]DUANE STANTON, PLAINTIFF-RESPONDENT,
v
CHRIS REINHART, DEFENDANT, AND AUSTIN REINHART, DEFENDANT-APPELLANT. 

CHARTWELL LAW, WHITE PLAINS (CARMEN A. NICOLAOU OF COUNSEL), FOR DEFENDANT-APPELLANT. 
NICHOLS LAW OFFICES PLLC, DEWITT (CRAIG K. NICHOLS OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oswego County (Allison J. Nelson, A.J.), entered November 29, 2023. The order, insofar as appealed from, denied in part the motion of defendant Austin Reinhart for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: September 27, 2024
Ann Dillon Flynn
Clerk of the Court